UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 24-45471

OMARA DEWITT JACKSON, *pro se*,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

# ORDER DISMISSING CASE

The Debtor in this case, Omara Dewitt Jackson, filed this Chapter 7 case on May 31, 2024. The Court concludes that this case must be dismissed, however, because the Debtor has a prior-filed Chapter 7 bankruptcy case (Case No. 24-45343) that was filed on May 30, 2024, which is still open and pending in this Court.

The Court will dismiss this case, because as a general rule, which the Court finds applicable here, a debtor may not have two bankruptcy cases pending at the same time. *See In re Robinson,* 649 B.R. 851, 851 (Bankr. E.D. Mich. 2023) (citations omitted); *In re Wood*, 649 B.R. 27, 29 (Bankr. E.D. Mich. 2023) (citations omitted); *In re Munroe*, 568 B.R. 631, 633-34 (Bankr. E.D. Mich. 2017) (citing *In re Sidebottom*, 430 F.3d 893, 897–99 (7th Cir. 2005) and *In re Lord*, 295 B.R. 16, 17–21 (Bankr. E.D.N.Y. 2003)) ("[T]he majority rule, which this Court agrees with, is that a debtor may not have two bankruptcy cases pending at the same time.").

For this reason, the Court will dismiss this case, which is the second-filed of the two cases.

IT IS ORDERED that this case is dismissed.

**Signed on June 7, 2024**



    **/s/ Thomas J. Tucker**
    **Thomas J. Tucker**
    **United States Bankruptcy Judge**